| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ENTRY** |
| BEFORE: ANNE Y. SHIELDS<br>U.S. MAGISTRATE JUDGE | DATE: 8/19/25<br>TIME: 11:00<br>FTR: 11:00-11:10 |

CASE: **CV 25-1431** Chela v. DKA Food Corp. et al

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES: Plaintiff: Lina Stillman

                Defendant: Ian Smith

**THE FOLLOWING RULINGS WERE MADE:**
Conference held.