

Chela v. DKA FOOD CORP.

## Case Summary for Joint Letter

- **Nature of Case**: Plaintiff Edwin Chela alleges violations of the FLSA and NYLL for unpaid overtime wages, failure to provide wage notices and wage statements, and related statutory damages.
- **Alleged Employment**: March 2024 – Feb. 28, 2025, at Shop Fair Supermarket, Brooklyn. Worked 65 hours/week. Paid $16.50/hour in cash
- **Claims**:
    - Failure to pay overtime (FLSA & NYLL)
    - Spread-of-hours pay (NYLL)
    - Failure to provide wage notice at hire (NYLL §195(1))
    - Failure to provide accurate wage statements (NYLL §195(3))
- **Damages**
    - **Unpaid overtime**: $9,900 (approx. $198/week × 50 weeks)
    - **Liquidated damages**: equal amount, $9,900
    - **Statutory damages**: Wage notice violation ($5,000) + Wage statement violation ($5,000)
    - **Total damages sought** (exclusive of attorneys' fees, costs, interest): ~$29,800

## Case Management Plan

**A. Jury Demand**
☒ Jury trial requested.

**B. Non-Expert Discovery**

1. **Completion Date**: 90 days from Initial Conference (target **Dec. 5, 2025**).
2. **Discovery Activities**
    - Rule 26(a)(1) disclosures – by 9/19/25

42 BROADWAY, 12TH FLOOR NEW YORK NY 10004
212-832-1000





- Plaintiff's discovery requests – served by 9/19/25; responses by 10/19/25
- Defendants' discovery requests – served by 9/26/25; responses by 10/26/25
- Depositions: Plaintiff + two individual defendants + corporate rep – completed by 11/30/25
- Requests for Admission – by 11/15/25; responses by 12/5/25
3. **Joinder of Parties**: by 10/15/25
4. **Amended Pleadings**: by 10/15/25

## C. Damages

- **Plaintiff's Claims**:
    - Unpaid overtime: $9,900
    - Liquidated damages: $9,900
    - Wage notice penalty: $5,000
    - Wage statement penalty: $5,000
    - Pre/post judgment interest, attorneys' fees, costs

## D. Motions

- Pre-motion conference letters for dispositive motions: by **12/12/25**
- Dispositive motions filed by **1/5/26**

## E. Extensions

- Any request for relief must comply with Judge Cogan's Individual Practices and show good cause

## F. Settlement

- Parties open to referral to the EDNY Mediation program following initial disclosures.