

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

**Via Electronic Filing**     December 5, 2025
Hon. Brian M. Cogan
Judge, United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

**Re.:** *Chela v. DKA Food Corps., et al. Case No. 25-CV-01431 (AYS)*
**Motion to Extend Discovery and Motions Deadline**

Dear Judge Cogan:

On behalf of Defendant, DKA Food Corps. Edwin Quezada, and Ana Hernandez ("Defendants"), in the above-referenced matter, we respectfully move this Court, in accordance with Fed. R. Civ. P. 16(b)(4) and L.R. 16.2, to amend the Court's Scheduling Order, (ECF No. 23), to extend the discovery period for 45 days to allow the parties to complete discovery and to schedule and conduct a mediation, as necessary.

The Parties propose the Scheduling Order be amended as follows:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Discovery Deadline | December 5, 2025 | January 19, 2026 |
| Motions Deadline | December 12, 2025 | January 26, 2026 |

This motion is based on good cause because the parties have diligently pursued discovery, but have been unable to schedule depositions despite their best efforts. This motion is made to allow the parties to complete discovery and is not intended to cause delay. Additionally, this extension will allow the Parties to engage a mediator, as necessary, and avoid the

This is the Parties' first request to extend the discovery period.

**Certification of Conference of the Parties**

This motion is made following the conference of counsel, which took place via email on December 5, 2025. Plaintiff does not oppose the relief requested herein.

We thank the Court for its attention to this matter.



Respectfully,

Ian E. Smith, Esq.
Partner, Spire Law, PLLC